UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOE LIZARRAGA,<br><br>　　　　　Respondent. | CASE NO. C16-5039 BHS-KLS<br><br>ORDER TO SHOW CAUSE RE: FILING FEE |

　　　Petitioner Antwone Dornell Goolsby filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 in the United States District Court for the Eastern District of California.  Dkt. 1. At the time he filed his petition in November 2015, petitioner submitted his prisoner trust account statement dated June 25, 2015.  Dkt. 2.  The case was transferred to this Court on January 14, 2016.  Dkt. 5.  On January 14, 2016, the Clerk advised petitioner that he must either pay the full $5.00 filing fee or submit an IFP application on or before February 16, 2016.  Dkt. 8. To date, petitioner has neither submitted an IFP application nor paid the filing fee.

　　　Accordingly, the Court **ORDERS:**

(1) Petitioner shall pay the $5.00 filing fee or submit an IFP application for Court approval **on or before March 18, 2016.** Petitioner's failure to do so shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

(2) The Clerk is directed to send a copy of this Order to petitioner.

**DATED** this 25th day of February, 2016.

Karen L. Strombom
United States Magistrate Judge