UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTWONE DORNELL GOOLSBY,

Petitioner,

v.

JOE LIZARRAGA,

Respondent.

CASE NO. C16-5039 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The petition for writ of habeas corpus is **DISMISSED without prejudice.** All pending motions, including petitioner's motion to consolidate issues (Dkt. 14) are **denied**;

(3) A certificate of appealability is **DENIED**; and

ORDER - 1

1     (4)     This case is closed.

2     Dated this 21st day of June, 2016.

                                             BENJAMIN H. SETTLE  
                                             United States District Judge